IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEROME W. KOBISHOP,

        Plaintiff,        JUDGMENT IN A CIVIL CASE

v.        13-cv-359-bbc

MIKE HAUPT and CHAD HOUSTON,

        Defendants.

---

This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 8/23/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |